# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 118 EM 2019 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| DESEAN KINGWOOD, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the "Motion for Permission to File Petition For Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.